**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1313**

———————

REGINALD L. FRAZIER,

                                    Plaintiff - Appellant,

        versus


LAW FIRM OF STEVENS, THIGPEN, BLUE, FELLERS &
SMITH, attorneys at law in their official ca-
pacity; CRESSIE THIGPEN, Both in his official
and individual capacity; NORTH CAROLINA STATE
BAR COUNCIL; THOMAS LUNDSFORD, Director of N.
C. State Bar, Process Agent; CAROLYN BAKEWELL,
Assistant Director,

                                    Defendants - Appellees.


———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Greenville. Malcolm J. Howard, District
Judge.  (CA-98-156-4-H)

———————

Submitted:  August 31, 1999      Decided:  September 23, 1999

———————

Before MURNAGHAN, ERVIN,[*] and WILKINS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

   [*] Judge Ervin participated in the consideration of this case
but died prior to the time the decision was filed.  The decision is
filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Reginald L. Frazier, Appellant Pro Se.  Carolin Delancey Bakewell, Aldert Root Edmonson, NORTH CAROLINA STATE BAR, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Frazier appeals the district court's order dismissing the action filed below.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Frazier v. Law Firm of Stevens, Thigpen, Blue, Fellers & Smith, No. CA-98-156-4-H (E.D.N.C. Feb. 26, 1999).  We deny Frazier's motions to declare the orders of the Disciplinary Hearing Commission of the North Carolina State Bar void ab initio, to disqualify the district court judge, and to disqualify Judge Ervin.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2